**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                    **Case No. 2:99-cr-74-T-29DNF**

**JIMMIE LEE SIMPSON,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER was before the court on an Initial Appearance for violation of supervised release. The Defendant waived his preliminary revocation hearing.

Upon the basis of the affidavits contained in the court file and defendant's waiver of hearing, the court finds probable cause to hold the Defendant for further proceedings before the United States District Judge, and it is so **ORDERED**.

It is **FURTHER ORDERED** that the Clerk of the Court shall schedule the final revocation hearing before the Honorable John E. Steele.

It is **FURTHER ORDERED** that the Defendant is ordered **DETAINED** pending final revocation hearing.

It is **FURTHER ORDERED** that the Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation hearing at least three (3) days prior to the final hearing.

**Done and Ordered** in Tampa, Florida this 5th day of July 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
John E. Steele, U.S. District Judge
Jay Trezevant, Assistant United States Attorney
Mary Mills, Attorney for Defendant
U.S. Probation
U.S. Marshal